[Nos. 6925-7-III; 6946-0-III.   Division Three.   May 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY DALE BROONER, *Appellant.*

*In the Matter of the Personal Restraint of* TERRY DALE BROONER, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-1-01015-1, John J. Ripple, J., entered January 30, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 6771-8-III.   Division Three.   May 15, 1986.]

NEWTON L. GUNTHER, *Appellant,* v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 83-2-00235-1, Fred R. Staples, J., entered September 27, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 7017-4-III.   Division Three.   May 15, 1986.]

LARRY E. HENGEN, *Respondent,* v. GREGORY B. HENGEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-2-01250-0, Michael E. Donohue, J., entered February 26, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.